# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN D. EVANS, | ) | CASE NO. 4: 06 CV 972 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| STATE OF OHIO, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (ECF # 19), issued on August 20, 2007 is hereby ADOPTED by this Court. Plaintiff filed this action requesting a writ of habeus corpus arising out of his 2003 conviction for possession of cocaine. The Magistrate Judge recommended that the Petitioner's request be denied. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. IT IS SO ORDERED.

                                                                   S/Donald C. Nugent
                                                                   DONALD C. NUGENT
                                                                   United States District Judge

DATED: December 4, 2007